UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Arnst,

Plaintiff,

v.

Associated Materials Handling (Minnesota) Inc.,

Defendant.

Civil No. 01-1520 JMR/FLN

**ORDER**

---

Ian S. Laurie, Esq., Laurie & Laurie, for Plaintiff.
Nell E. Mathews, Esq., Rider, Bennett, Egan & Arundel, for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 13, 2002, on Defendant's Motion to Compel Responses to Discovery [#7].

Accordingly, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Compel Responses to Discovery [#7] is **GRANTED in Part, and DENIED in Part** as follows:

1. Insofar as the Motion seeks to compel an independent medical examination it is **GRANTED**;

2. Insofar as the Motion seeks to compel expert information, and an independent vocational examination it is **DENIED**.

DATED: May 23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

MAY 23 2002
FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Royal Concrete Pipe, Inc.,

Plaintiff,

v.

Hehr International Polymers, Inc., et al.,
Defendants.

Civil No. 01-1308 JMR/FLN

**ORDER**

---

Loren M. Solfest, for Plaintiff.
John Grieme, for Defendant Hehr International Polymers, Inc.
Dulce J. Foster, Defendant Dean A. Gramly, D.A.G. of Delavan, Inc.
Michael Rowley for Defendant Prime Coat Corp.
Daniel Q. Poretti for Defendant Professional Service Industries.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 20, 2002, on Defendant Professional Service Industries Motion to Compel Discovery [#34].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Professional Service Industries Motion to Compel Discovery [#34] is **GRANTED in its Entirety**. All documents, complete responses to interrogatories and admissions must be produced on or before June 3, 2002. Mr. Richard Stehly must be produced for deposition on or before June 7, 2002

DATED: May 23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building