UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Arnst,

Plaintiff,

v.

Associated Materials Handling (Minnesota) Inc.,

Defendant.

Civil No. 01-1520 JMR/FLN

**ORDER**

---

Ian S. Laurie, Esq., for Plaintiff.
Nell E. Mathews, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 15, 2002, on Plaintiff's Motion in Limine to Allow Trial and Motion Testimony [#14].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion in Limine to Allow Trial and Motion Testimony [#14] be **GRANTED in part** and **DENIED in part** to the extent Ordered from the Bench at the Hearing as follows:

1. Insofar as the Motion pertains to witnesses Mr. Steven Teipel and Mr. Michael Michaud, it is **GRANTED**;

2. Insofar as the Motion pertains to witnesses Ms. Heidi Hanson and Mr. Michael Zabel, it is **DENIED**.[1]

DATED: July 18, 2002

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

---

[1] Following the hearing and issuance of this written Order, the Court received Mr. Laurie's July 15, 2002, Request for Reconsideration and Ms. Mathews' July 17, 2002, Response. Having reviewed these submissions, Mr. Laurie's Request for Reconsideration is **DENIED**.

FILED JUL 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________