UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520 (JMR/FLN)

| | | |
|---|---|---|
| Steven Arnst<br><br>v.<br><br>Associated Materials Handling<br>(Minnesota), Inc. | )<br>)<br>)<br>)<br>)<br>) | ORDER |

Plaintiff appeals the Order, dated July 18, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, denying in part his motion to allow trial and motion testimony. Plaintiff's appeal was timely pursuant to Local Rule 72.1(b)(2).

After a thorough review of the files, records, and proceedings herein, the Court determines the Magistrate's Order is neither clearly erroneous nor contrary to law. Accordingly, IT IS ORDERED that:

The Magistrate's Order is affirmed.

Dated: August 30th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
SEP 5 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS