UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520(JMR/FLN)

| | | |
|---|---|---|
| Steven Arnst | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Associated Material Handling | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court heard oral argument on October 11, 2002. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED THAT:

Defendant's motion for summary judgment [Docket No. 27] is denied.

Dated: October 17th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
10-17-2
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS