UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Arnst,

Plaintiff,

v.

Associated Materials Handling (Minnesota) Inc.,

Defendant.

Civil No. 01-1520 JMR/FLN

**ORDER**

---

Ian S. Laurie, Esq., for Plaintiff.
Nell E. Mathews, Esq., for Defendant.

---

**THIS MATTER** came to the attention of the undersigned United States Magistrate Judge on February 27, 2003, regarding: (1) Plaintiff's Motion to Strike the Deposition of Daryl Forbes, scheduled for March 7, 2003, in Denver, Colorado; and (2) Plaintiff's Renewal Motion to include Heidi Hanson and Michael Zabel as Trial Witnesses.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Strike the Deposition of Daryl Forbes, scheduled for March 7, 2003, in Denver, Colorado is **GRANTED**; and

2. Plaintiff's Renewal Motion to Include Heidi Hanson and Michael Zabel as Trial Witnesses is **DENIED**.

DATED: 3/3, 2003

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAR 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK