UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520(JMR/FLN)

Steven Arnst )
)
v. ) ORDER
)
Associated Material Handling )

Defendant appeals the March 3, 2003, Order of the Honorable Franklin L. Noel, United States Magistrate Judge, granting plaintiff's motion to strike the deposition of Daryl Forbes, scheduled for March 7, 2003, in Denver, Colorado, and denying plaintiff's renewal motion to include Heidi Hanson and Michael Zabel as trial witnesses. Defendants' appeal was timely, pursuant to Local Rule 72.1(b)(2).

A district court must set aside any portion of a magistrate's order found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636; Local Rule 72.1(b)(2). The Court has reviewed the record and proceedings below and finds no basis to justify setting aside the Magistrate's Order. The Order is neither clearly erroneous nor contrary to law.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

FILED MAR 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Magistrate's March 3, 2003, Order [Docket #41] is affirmed.

Dated: March 31st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge