UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520(JMR/FLN)

| | | |
|---|---|---|
| Steven Arnst | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Associated Material Handling of | ) | |
| Minnesota, Inc. | ) | |

This matter was tried to a jury, which reached a verdict on May 9, 2003. Based on that verdict, IT IS ORDERED that judgment be entered on behalf of plaintiff and against defendant in the amount of $47,494.80.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 13th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED MAY 0 9 2003
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAY 0 9 2003
DEPUTY CLERK'S INITIALS