UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520 (JMR/FLN)

Steven Arnst )
) ORDER
v. )
)
Associated materials Handling Inc. )

This matter is before the Court on plaintiff's motion for attorney fee's (Doc.#63).

The motion is hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: July 23d, 2003

JAMES M. ROSENBAUM, United States Chief District Judge

FILED JUL 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS