UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1520(JMR/FLN)

Steven Arnst )
)
v. ) ORDER
)
Associated Material Handling of )
Minnesota, Inc. )

This matter was tried to a jury, which reached a verdict on May 9, 2003. The Court entered judgment on behalf of plaintiff and against defendant in the amount of $47,494.80.

Defendant now renews its motion for judgment as a matter of law, pursuant to Rule 50 of the Federal Rules of Civil Procedure. Alternatively, defendant moves for a new trial, pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Defendant's motion [Docket No. 59] is denied.

Dated: July 29th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED JUL 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____