UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Steven Arnst,

Plaintiff,

vs.

Associated Material Handling of Minnesota, Inc.,

Defendant.

**NOTICE OF APPEAL**

Court File No. 01-CV-1520 (JMR/FLN)

---

TO: CLERK OF U.S. DISTRICT COURT, U.S. COURTHOUSE, 300 SOUTH FOURTH STREET, SUITE 202, MINNEAPOLIS, MINNESOTA 55415.

Notice is hereby given that pursuant to Fed. R. App. P. 3(a) and 4(a), Defendant Associated Material Handling of Minnesota, Inc. appeals to the United States Court of Appeals for the Eighth Circuit from the Order dated July 29, 2003 and filed July 30, 2003 denying defendant's motion for a new trial.

Dated: August 28, 2003

RIDER BENNETT, LLP

By ______________________
Eric J. Magnuson (#66412)
Nell E. Mathews (#16852X)
Peter Gray (#25809X)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-8990

**Attorneys for Defendant**

FILED AUG 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

1028692-1

71

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** September 5, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 01-cv-1520 JMR/FLN
Eighth Circuit Case No.:
Case Title: Steven Arnst v. Associated Material Handling of MN

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
- X The statutory filing fee has been paid, receipt # 700428839.
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ______________