THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Steven Arnst,

Plaintiff,

**ORDER**

vs.

Court File No. 01-CV-1520
[JMR/FLN]

Associated Material Handling,

Defendant.

The matter was tried before a Jury, which returned a verdict for plaintiff Steven Arnst on May 9, 2003. Judgment was entered on the verdict on May 9, 2003. Defendant Associated Material Handling filed a timely renewed motion for judgment as a matter of law, or, alternatively, for a new trial. See Fed. R. Civ. P. 50(b) and 59. By Order dated July 29, 2003 and filed on July 30, 2003 [Docket No. 67], the Court denied defendant's motion. Presently pending before the Court is plaintiff's timely motion for attorneys' fees [Docket No. 63]. See Fed. R. Civ. P. 54(d)(2). Defendant has not filed a notice of appeal of the Court's July 30, 2003, Order.

Accordingly, and upon defendant's application, IT IS ORDERED that:

Pursuant to Fed. R. Civ. P. 58(c)(2) and Fed. R. App. P. 4(a)(4)(A)(iii), the time to file an appeal of the Court's July 29, 2003, Order denying defendant's post-trial motions shall run from the date of entry of the Court's order disposing of plaintiff's Rule 54 motion for attorneys' fees.

Dated: Sept 2, 2003

By ________________________
~~James M. Rosenbaum~~
United States ~~Chief District~~ Magistrate Judge

SEP - 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK