UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Arnst,

Plaintiff,

v.

Associated Materials Handling (Minnesota) Inc.,

Defendant.

Civil 01-1520 JMR/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 28, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. To the extent the motion requests a fully compensatory fee, the motion is DENIED. A reasonable rate for this case should be two-thirds of the firm's regular rates;
2. Mr. Arnst is awarded $74,528.87 in attorneys' fees;
3. Mr. Arnst is awarded $2677.62 in costs; and
4. The total award for attorneys' fees and costs equals $77,206.49.

DATED: September 29th, 2003

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court

FILED SEP 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS