AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Steven Arnst

V.

Associated Materials Handling

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1520 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) To the extent the motion requests a fully compensatory fee, the motion is denied. A reasonable rate for this case should be two-thirds of the firm's regular rates;
2) Mr. Arnst is awarded $74,528.87 in attorney fees;
3) Mr. Arnst is awarded $2677.62 in costs; and
4) The total award for attorneys' fees and costs equals $77,206.49.

September 29, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk