# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3466

| | | |
|---|---|---|
| Steven Arnst,<br><br>Appellee,<br><br>vs.<br><br>Associated Material Handling of Minnesota, Inc.,<br><br>Appellant. | * * * * * * * * * * | Appeal from the United States District Court for the Distirct of Minnesota |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

November 19, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

76

FILED NOV 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS